ROBERT J. ROSATI, State Bar No. 112006
robert@erisalg.com
THORNTON DAVIDSON, State Bar No. 166487
thornton@erisalg.com
ERISA Law Group LLP
6485 Palm Avenue, Suite 105
Fresno, California 93704
Telephone: 559-478-4119
Facsimile: 559-478-5939

Attorneys for Plaintiff,
C. ROSS MOSSLER

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. ROSS MOSSLER,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:13-cv-01945-SJO(MRWx)<br><br>**JUDGMENT**<br><br>JS - 6 |

IT IS HEREBY DECLARED, ADJUDGED, AND DECREED THAT DEFENDANT AETNA LIFE INSURANCE COMPANY SHALL: (1) Grant long term disability benefits to Plaintiff C. Ross Mossler for the period from January 11, 2012 through April 30, 2012 and pay to C. Ross Mossler benefits for that period totaling $2,811.99 plus prejudgment interest in the amount to be determined by timely motion or stipulation; (2) that the determination of Plaintiff C. Ross Mossler's entitlement to long term disability benefits under the "own

1  occupation" standard of Policy No. GP-62135 for the period from May 1, 2012
2  through January 10, 2014 and, if Plaintiff is entitled to benefits under the "own
3  occupation" standard for this period, under the "any occupation" standard under
4  Policy No. GP-621353 for the period from January 11, 2014 thereafter are
5  remanded to defendant Aetna Life Insurance Company for further consideration
6  and determination after submission of additional medical evidence for the period
7  from May 1, 2012 to the present.  It is further ordered, adjudged and decreed that
8  Defendant Aetna Life Insurance Company shall pay the plaintiff C. Ross Mossler
9  and his counsel of record, the ERISA Law Group, attorneys fees in an amount to
10 be determined by timely motion and statutory costs in an amount to be determined
11 after filing a timely cost bill.

12        ,
13 Date: July 21, 2014.            *S. James Otero* (signature)

15                                  S. James Otero
16                                  United States District Judge

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF FRESNO

I, PATRICIA RUBY, certify and declare as follows: I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within above entitled action; my business address is 6485 North Palm Avenue, Suite 105, Fresno, California 93704; Fax 559-478-5939.

I hereby certify that on July 21, 2014, I served the foregoing documents described as: **MOSSLER'S [PROPOSED] JUDGMENT** on the interested parties as follows:

| | |
|---|---|
| Mr. Ronald K. Alberts<br>Ms. Hilary E. Feybush<br>Gordon & Rees LLP<br>633 West Fifth Street, 52 Floor<br>Los Angeles, California 90071<br><br>*ralberts@gordonrees.com*<br>*hfeybush@gordonrees.com* | Attorneys for Defendant,<br>AETNA LIFE INSURANCE COMPANY |

[ X ] **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

[  ] I placed the [  ] original / [  ] a true copy thereof enclosed in a sealed envelope(s) to the parties listed above and caused such envelope(s) to be delivered by:
[  ] **U.S. POSTAL SERVICE**  [  ] **OVERNIGHT DELIVERY**

[  ] **BY EMAIL:** I electronically transmitted a true and correct copy thereof to the interested parties' electronic notification address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on July 21, 2014, at Fresno, California.

        /s/ *Patricia Ruby*
        PATRICIA RUBY